RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for James Harris Smith, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00321-KJD-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| JAMES HARRIS SMITH, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for James Harris Smith, Jr., that the Sentencing Hearing currently scheduled on April 5, 2022, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. To allow the parties additional time to consider and discuss the revised Presentence Investigation Report. Further, counsel for the defendant requests additional time to gather mitigation information on behalf of Mr. Smith for sentencing.

2. The defendant is incarcerated and does not object to the continuance.

3.  The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 30th day of March 2022.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES HARRIS SMITH, JR.,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00321-KJD-EJY<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, April 5, 2022, at 10:00 a.m., be vacated and continued to June 7, 2022 at the hour of 11:00 a.m. in courtroom 4A.

DATED this 30th day of March 2022.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON