RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for James Harris Smith, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES HARRIS SMITH, JR.,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00321-KJD-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for James Harris Smith, Jr., that the Sentencing Hearing currently scheduled on June 14, 2022, at 11:30 a.m., be vacated and continued to a date and time convenient to the Court, on or as soon after June 20, 2022, as possible.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　This Court reset sentencing in this matter to June 14, 2022. ECF No. 52. Defense counsel is out of the jurisdiction from June 13-17, 2022, and thus unable to appear for the scheduled sentencing hearing. Defense counsel has represented Mr. Smith since

November 30, 2020. ECF No. 9. For continuity of defense counsel, the parties seek a continuance to allow defense counsel to continue to represent Mr. Smith at his sentencing hearing.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 9th day of June 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Nisha Brooks-Whittington<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | /s/ Daniel J. Cowhig<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES HARRIS SMITH, JR.,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00321-KJD-EJY<br><br>**ORDER** |

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, June 14, 2022, at 11:30 a.m., be vacated and continued to  July 13, 2022  at the hour of  1:00   p .m.

　　　DATED this  10  day of June 2022.

_____
UNITED STATES DISTRICT JUDGE

3